IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN VALDEZ, PRECISION TRIM AUTO LLC, JASMINE FLAMAND, VERONICA VALDEZ, ZACHARY WALLIS, SHAWNA WILDER, and DOES 1-5<br><br>Defendants. | CV 16-164-SPW-TJC<br><br>ORDER GRANTING *PRO HAC VICE* ADMISSION |

Plaintiff United Specialty Insurance Company moves for the admission of L. Kathleen Chaney to practice before this Court in this case with David Berkoff to act as local counsel. Ms. Chaney's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Ms. Chaney *pro hac vice* is GRANTED on the condition that Ms. Chaney shall do her own work. This means that Ms. Chaney must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Chaney may move for the admission *pro hac vice* of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Chaney.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Chaney, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 15th day of December, 2016.

    /s/ Timothy J. Cavan
United States Magistrate Judge