IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN VALDEZ; PRECISION TRIM AUTO LLC; JASMINE FLAMAND; VERONICA VALDEZ; ZACHARY WALLIS; SHAWNA WILDER; SCOTTSDALE INSURANCE COMPANY; and DOES 1-5, <br><br> Defendants. | CV 16-164-BLG-TJC <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CO-COUNSEL TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Plaintiff United Specialty Insurance Company has filed an unopposed motion to allow co-counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 40.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's counsel, Kathleen Chaney, may appear by telephone at the March 1, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 5th day of February, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge