IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN VALDEZ; PRECISION TRIM AUTO LLC; JASMINE FLAMAND; VERONICA VALDEZ; ZACHARY WALLIS; SHAWNA WILDER; SCOTTSDALE INSURANCE COMPANY; and DOES 1-5, <br><br> Defendants. | CV 16-164-BLG-TJC <br><br> **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |

Plaintiff United Specialty Insurance Company has filed a Stipulated Notice of Settlement and Motion to Vacate Scheduling Order and Preliminary Pretrial Conference. (Doc. 46.) Good cause appearing, IT IS HEREBY ORDERED that the March 1, 2018 Preliminary Pretrial Conference and associated deadlines are VACATED.

DATED this 22nd day of February, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge