IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

MAY 7 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN VALDEZ; PRECISION TRIM AUTO LLC; JASMINE FLAMAND; VERONICA VALDEZ; ZACHARY WALLIS; SHAWNA WILDER; SCOTTSDALE INSURANCE COMPANY; and DOES 1-5, <br><br> Defendants. | CV 16-164-BLG-SPW <br><br><br> ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on April 16, 2018. (Doc. 51). The Magistrate recommended the Court grant the Plaintiff's motions for default. (Doc. 51 at 6).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 51) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff's motion for entry of default against Alan Valdez (Doc. 43) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's motion for entry of default against Precision Trim Auto, LLC (Doc. 44) is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff's motion for entry of default against Veronica Valdez (Doc. 45) is GRANTED.

DATED this 4th day of May, 2018.

SUSAN P. WATTERS
United States District Judge