IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN VALDEZ; PRECISION TRIM AUTO LLC; JASMINE FLAMAND; VERONICA VALDEZ; ZACHARY WALLIS; SHAWNA WILDER; SCOTTSDALE INSURANCE COMPANY; and DOES 1-5, <br><br> Defendants. | CV 16-164-BLG-TJC <br><br> **ORDER** |

On February 21, 2018, Plaintiff United Specialty Insurance Company filed Stipulated Notice of Settlement. (Doc. 46.) Plaintiff represented the parties had negotiated a settlement, and pursuant to its terms, the appearing parties would submit all pleadings necessary for dismissal of this case after default judgment was entered against the three non-appearing parties. (*Id.*) On May 8, 2018, default judgment was entered against Alan Valdez, Veronica Valdez, and Precision Trim Auto, LLC. (Doc. 52.) To date, Plaintiff has taken no further action to dismiss this case.

Accordingly, IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed

order dismissing the case, or shall file a Status Report indicating why they are unable to do so.

DATED this 2nd day of October 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge