# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN VALDEZ; PRECISION TRIM AUTO LLC; JASMINE FLAMAND; VERONICA VALDEZ; ZACHARY WALLIS; SHAWNA WILDER; SCOTTSDALE INSURANCE COMPANY and DOES 1-5,<br><br>Defendants. | CV 16-164-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 56) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the status hearing set for December 18, 2018 at 2:30 p.m. before Magistrate Judge Timothy J. Cavan is **VACATED.**

1

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

DATED this 5th day of December, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE